UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| JOSE A. LOPEZ-NAZARIO,<br>    Petitioner, | *<br>*<br>* | |
| v. | * | CIVIL NO. 98-1128(PG) |
| | * | |
| MANUEL MARTINEZ-ARROYO,<br>WARDEN, ET AL.,<br>    Respondent. | *<br>*<br>* | |

## J U D G M E N T

On this same date the Court has entered an Order adopting and approving the unopposed U.S. Magistrate Judge's report and recommendation. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that the habeas corpus petition filed pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico _September_ _7_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge